UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA WILLIAMS, etc.,

    Plaintiff,

v.                                    No.3:07-cv-52-J-12MMH

MARLYN BEHAVIORAL HEALTH
SYSTEMS, INC., etc., et al.,

    Defendants.

## ORDER

This cause is before the Court on the Defendants' Motion to Dismiss or Deny Certification of Class Action (Doc.7), filed February 8, 2007. The Plaintiff's response in opposition (Doc.10) was filed February 21, 2007. The Court has reviewed the submissions of the parties and applicable law, and finds, as argued by the Plaintiff in her response (Doc.10), that Fed. R. Civ. P. 23 does not apply to this collective action for overtime compensation under §216(b) of the Fair Labor Standards Act, and that the Plaintiff's Complaint (Doc.1) contains sufficient factual allegations to state a claim upon which relief can be granted and to notify the Defendants of the claims against them. Accordingly, it is

**ORDERED AND ADJUDGED:**

That the Defendants' Motion to Dismiss or Deny Certification of Class Action (Doc.7) is denied.

**DONE AND ORDERED** this ___27th___ day of February 2007.

_Howell W. Melton_
Senior United States District Judge

Copies to:
Counsel of Record